UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>GREGORY A. CONIGLIARO, et al.,<br><br>Defendant. | Criminal Action No. 1:14-cr-10363 |

## NOTICE OF CHANGE OF FIRM AND ADDRESS

Please be advised of the change in firm and contact information for Daniel Rabinovitz as of November 17, 2017. Contact information as of that date will be:

    Daniel Rabinovitz, Esq.
    Murphy & King, Professional Corporation
    One Beacon Street, 21st Floor
    Boston, Massachusetts 02108
    Tel.: (617) 423-0400
    Fax: (617) 423-0498
    drabinovitz@murphyking.com

    Respectfully submitted,

    /s/ Daniel Rabinovitz
    Daniel Rabinovitz, Esq. (BBO #558419)

    MURPHY & KING,
    Professional Corporation
    One Beacon Street, 21st Fl.
    Boston, Massachusetts 02108
    Tel.: (617) 423-0400
    Fax: (617) 423-0498
Date: November 17, 2017    drabinovitz@murphyking.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 17, 2017, I caused a true copy of the foregoing to be filed in accordance with the Court's Electronic Filing Guidelines and will be sent via ECF to all counsel of record.

 

                                                   /s/ Daniel Rabinovitz
                                                   Daniel Rabinovitz, Esq.