UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| ) | CRIMINAL NO. 14CR10363 |
| v.    ) | |
| ) | |
| BARRY CADDEN, *et al.*,    ) | |
| ) | |
| Defendants.    ) | |

## PRETRIAL EVIDENTIARY STIPULATION

The United States Food and Drug Administration (the "FDA"), the United States

Attorney's Office (the "Government") and Defendants Conigliaro, Carter, Stepanets, Evanosky,

Svirskiy, K. Chin, Thomas, and Leary (the "Remaining Defendants") (collectively, the "Parties")

hereby enter into this pretrial stipulation (the "Stipulation").

The Parties stipulate that the following evidence shall be admitted into evidence:

a.    Congressional testimony of Drs. Hamburg and Woodcock from the following
hearing dates[1]:

<u>Dr. Hamburg's Testimony</u>

November 14, 2012 Hearing Before the Subcommittee on Oversight and Investigations of
the House Committee on Energy and Commerce; November 15, 2012 Hearing Before the
Senate Health, Education, Labor and Pensions Committee; and April 16, 2013 Hearing
Before the Subcommittee on Oversight and Investigations of the House Energy and
Commerce Committee;

<u>Dr. Woodcock's Testimony</u>

May 9, 2013 Senate Hearing 113-756; May 23, 2013 House Hearing 113-48 and July 16,
2013 House Hearing 113-70

---

[1] The Government and the Remaining Defendants shall be permitted to present any portion of this testimony they
choose.

b.   A redacted version of the FDA Memorandum dated February 2003 from Kristina Joyce and Mark Lookabaugh to Central file (a copy showing the redactions is attached hereto);

c.   A redacted version of the FDA Memorandum of August 28, 2012 (a copy showing the redactions is attached hereto);

d.   A redacted version of the FDA memorandum of October 14, 2011 (a copy showing the redactions is attached hereto)[2];

e.   E-mails to and from FDA employees on May 11, 2011 (attached hereto); and

f.   E-mails between FDA employees ending on July 17, 2012 (attached hereto).

The Remaining Defendants further agree that they will not subpoena any FDA witnesses (other than those contained in the Government's witness list), except that if the Government introduces evidence relating to the FDA that could not have been reasonably anticipated at the time the parties entered into this Stipulation, the Remaining Defendants reserve the right to call additional FDA witnesses. The Government and FDA reserve the right to object to the Remaining Defendants calling additional FDA witnesses, and it shall be the Remaining Defendants' burden to convince the Court that additional FDA witnesses are needed to rebut evidence/testimony that could not have been reasonably foreseen prior to entering into this Stipulation.

With respect to FDA related documents other than the documents listed above, the Remaining Defendants shall not seek to introduce as evidence in their case any other internal FDA documents, or information, unless specific to FDA's interactions with, discussions

---

[2] Defendants believe that one sentence in this memo on Page 2 (highlighted in yellow) should be redacted pursuant to the Court's prior order regarding patient harm (dated May 7, 2018 (Dkt. 1495)). The government disagrees, since the statement was written in 2011 prior to the fungal meningitis outbreak, and is about compounders generally and not specific to NECC. Because the parties disagree regarding the scope of the Court's Order, the sentence has been included (i.e. not redacted) and the parties agree to resolve the issue over that one sentence subject to a ruling by the Court.

regarding, and/or decisions regarding the New England Compounding Center. The Government

reserves the right to object to the admissibility of those other FDA documents.

With respect to the issue of acceptance of service of process, the FDA will not accept

service of process for trial subpoenas on behalf of former FDA employees. However, the FDA

will accept service of process for all trial subpoenas of current employees—including the

acceptance of service for any witnesses on the Government's witness list that the Remaining

Defendants wish to call, in the event the Government decides not to call them.

SO STIPULATED.

GREGORY A. CONIGLIARO,
By his attorneys,


/s/ Dan Rabinovitz
Dan Rabinovitz (BBO #558419)
Shawn Lu (BBO #679755)
Murphy & King, PC
One Beacon Street, 21st Floor
Boston, Massachusetts 02108
(617) 423-0400
drabinovitz@murphyking.com
slu@murphyking.com

JOSEPH M. EVANOSKY,
By his attorneys,


/s/ Mark W. Pearlstein
Mark W. Pearlstein (BBO #542064)
Dana M. McSherry (BBO #664430)
Jennifer Aronoff (admitted *pro hac vice*)
Evan D. Panich (BBO #681730)
McDermott Will & Emery LLP
28 State Street
Boston, Massachusetts 02109-1775
(617) 535-4000
mpearlstein@mwe.com
dmcsherry@mwe.com

GENE SVIRSKIY,
By his attorneys,


/s/ Jeremy M. Sternberg
Jeremy M. Sternberg (BBO #556566)
Christopher M. Iaquinto (BBO #685718)
Holland & Knight
10 St. James Avenue, 11th Floor
Boston, Massachusetts 02116
(617) 854-1476
jeremy.sternberg@hklaw.com
christopher.iaquinto@hklaw.com

CHRISTOPHER M. LEARY,
By his attorneys,


/s/ Paul V. Kelly
Paul V. Kelly (BBO #267010)
Sarah W. Walsh (BBO #664232)
Jackson Lewis PC
75 Park Plaza, 4th Floor
Boston, Massachusetts 02116
(617) 367-0025
paul.kelly@jacksonlewis.com
sarah.walsh@jacksonlewis.com

SHARON P. CARTER,
By her attorney,


/s/ Michael J. Pineault
Michael J. Pineault (BBO #555314)
Clements & Pineault, LLP
24 Federal Street
Boston, Massachusetts 02110
(857) 445-0135
mpineault@clementspineault.com


MICHELLE L. THOMAS,
By her attorney,


/s/ Michael C. Bourbeau
Michael C. Bourbeau (BBO #545908)
Bourbeau and Bonilla, LLP
Building K
80 Washington Street
Norwell, Massachusetts 02061
(617) 350-6565
mike@lawgenie.com


U.S. FOOD AND DRUG
ADMINISTRATION,
By its attorneys,


/s/ Lynn M. Marshall
Lowell J. Schiller
Acting Chief Counsel
U.S. Food and Drug Administration

Annamarie Kempic
Deputy Chief Counsel for Litigation

Lynn M. Marshall
Associate Chief Counsel
Office of the Chief Counsel
U.S. Food and Drug Administration
10903 New Hampshire Avenue
Bldg. 32, Room 4324
Silver Spring, MD 20993-0002
Lynn.Marshall@fda.hhs.gov


ALLA V. STEPANETS,
By her attorney,


/s/ John H. Cunha Jr.
John H. Cunha Jr. (BBO #108580)
Cunha & Holcomb, P.C.
One State Street, Suite 500
Boston, Massachusetts 02109-3507
(617) 523-4300
cunha@cunhaholcomb.com


KATHY S. CHIN,
By her attorney,


/s/ Joan M. Griffin
Joan M. Griffin (BBO #549522)
P.O. Box 133
Dublin, New Hampshire 03444
(617) 283-0954
griffin@lawjmg.com


ANDREW LELLING
UNITED STATES ATTORNEY
By it attorneys,


/s/ Amanda P.M. Strachan
Amanda P.M. Strachan (BBO #641108)
George P. Varghese
Assistant United States Attorneys
John Joseph Moakley Courthouse
One Courthouse Way, Suite 9200
Boston, Massachusetts 02210
(617) 738-3100
amanda.strachan@usdoj.gov
george.varghese@usdoj.gov