# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **BARRY J. CADDEN, et al.** <br><br> *Defendants*. | ) <br> ) <br> ) <br> ) <br> ) **Criminal Action No. 14-10363-RGS** <br> ) <br> ) <br> ) <br> ) |

## DEFENDANTS' JOINT MOTION IN LIMINE FOR SEQUESTRATION ORDER

Pursuant to Fed. R. Evid. 615, Defendants Joseph M. Evanosky, Gene Svirskiy, Christopher M. Leary, Alla V. Stepanets, Sharon P. Carter, and Greg Conigliaro respectfully request the Court to enter a sequestration order barring any witnesses the Government plans to call, other than the Parties and principal government case agent, during its case-in-chief, from being present in the courtroom when not testifying.

Respectfully submitted,

| JOSEPH M. EVANOSKY, | GENE SVIRSKIY, |
| By his attorneys, | By his attorneys, |
| | |
| /s/ Dana M. McSherry | /s/ Jeremy M. Sternberg |
| Mark W. Pearlstein (BBO #542064) | Jeremy M. Sternberg (BBO #556566) |
| Dana M. McSherry (BBO #664430) | Christopher M. Iaquinto (BBO #685718) |
| Jennifer Aronoff (*admitted pro hac vice*) | HOLLAND & KNIGHT |
| MCDERMOTT WILL & EMERY LLP | 10 St. James Avenue |
| 28 State Street | 11th Floor |
| Boston, Massachusetts 02109-1775 | Boston, Massachusetts 02116 |
| (617) 535-4000 | (617) 854-1476 |
| mpearlstein@mwe.com | jeremy.sternberg@hklaw.com |
| dmcsherry@mwe.com | christopher.iaquinto@hklaw.com |

| | |
|---|---|
| CHRISTOPHER M. LEARY,<br>By his attorneys, | ALLA V. STEPANETS,<br>By her attorney, |
| /s/ Paul V. Kelly | /s/ John H. Cunha Jr. |
| Paul V. Kelly (BBO #267010)<br>Sarah W. Walsh (BBO #664232)<br>JACKSON LEWIS PC<br>75 Park Plaza<br>4th Floor<br>Boston, Massachusetts 02116<br>(617) 367-0025<br>paul.kelly@jacksonlewis.com<br>sarah.walsh@jacksonlewis.com | John H. Cunha Jr. (BBO #108580)<br>Helen Holcomb (BBO #547538)<br>CUNHA & HOLCOMB, P.C.<br>One State Street<br>Suite 500<br>Boston, Massachusetts 02109-3507<br>(617) 523-4300<br>cunha@cunhaholcomb.com |
| SHARON P. CARTER,<br>By her attorney, | GREGORY A. CONIGLIARO,<br>By his attorney, |
| /s/ Michael J. Pineault | /s/ Daniel Rabinovitz |
| Michael J. Pineault (BBO #555314)<br>CLEMENTS & PINEAULT, LLP<br>24 Federal Street<br>Boston, Massachusetts 02110<br>(857) 445-0135<br>mpineault@clementspineault.com | Daniel Rabinovitz (BBO #558419)<br>MURPHY & KING, PC<br>One Beacon Street<br>21st Floor<br>Boston, Massachusetts 02108<br>(617) 423-0400<br>drabinovitz@murphyking.com |

October 11, 2018

## CERTIFICATE PURSUANT TO L.R. 7.1 AND 112.1

      I hereby certify that I conferred with Assistant United States Attorney Amanda Strachan in a good faith effort to resolve or narrow the issues raised by this motion pursuant to L.R. 7.1 and 112.1.

                                                  /s/ Dana M. McSherry

                                                  Dana M. McSherry

## CERTIFICATE OF SERVICE

      I, Dana M. McSherry, hereby certify that this document was filed on October 11, 2018, via the ECF system, and was sent electronically on that date to the parties' counsel of record.

<u>/s/ Dana M. McSherry</u>
Dana M. McSherry