UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>GREGORY CONIGLIARO *et al.*,<br><br>Defendants. | CRIMINAL NO. 14-CR-10363-RGS |

## GREGORY CONIGLIARO'S MOTION FOR
## JUDGMENT OF ACQUITTAL OR, ALTERNATIVELY, A NEW TRIAL

Pursuant to Fed. R. Crim. P. 29(c)'s requirement that a Motion for Judgment of Acquittal be filed within 14 days of a guilty verdict, Mr. Conigliaro hereby files this Motion for Judgment of Acquittal. Alternatively, pursuant to Fed. R. Crim. P. 33(a), Mr. Conigliaro moves for a new trial.

On or before January 25, 2019 Mr. Conigliaro will submit memorandum of law in support of this motion, as ordered by the on December 17, 2018 (Dkt. 1815).

Respectfully submitted,

GREGORY A. CONIGLIARO,

By his attorneys,

/s/ Daniel M. Rabinovitz
Daniel M. Rabinovitz, Esq. (BBO #558419)
Shawn Lu, Esq. (BBO #679755)
MURPHY & KING, P.C.
One Beacon Street, 21st Fl.
Boston, Massachusetts 02108
(617) 423-0400 – phone
(617) 423-0498 – fax
drabinovitz@murphyking.com
slu@muprhyking.com

Dated: December 20, 2018

*752149v1/6847-001*

2

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-participants on December 20, 2018.

/s/ Daniel M. Rabinovitz
Daniel M. Rabinovitz

*752149v1/6847-001*