UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>GREGORY CONIGLIARO *et al.*,<br><br>    Defendants. | CRIMINAL NO. 14-CR-10363-RGS |

## **GREGORY CONIGLIARO'S MOTION TO RESCHEDULE SENTENCING**

Gregory A. Conigliaro hereby moves this Honorable Court to reschedule the date for his sentencing to May 21, 2019 (less than 60 days after the current date).

In support of this motion, Mr. Conigliaro states that:

1. At the government's request, oral argument on Mr. Conigliaro's Motion for Judgment of Acquittal was recently re-scheduled to February 26, 2019.

2. The process whereby the Probation Department investigates and issues a Pre-Sentence Report ("PSR") requires that substantial time be expended by the Probation Department, Mr. Conigliaro, and his counsel.

3. Depending on the Court's ruling on Mr. Conigliaro's Motion for Judgment of Acquittal, it may be unnecessary for the Probation Department to fully conduct its extensive investigation and issue a PSR.

4. Mr. Conigliaro has scheduled an initial interview with Probation for the week of January 7th however counsel expects that following the interview with Probation, the time required to provide all of the information requested by Probation will be extensive.

5. Additionally, because Probation's report must be completed by no later than 6 weeks in advance of the sentencing date, the current sentencing date will require that the requested information be provided before the hearing on Mr. Conigliaro's Rule 29 motion.

6. Probation has indicated it does not object to the sentencing date being continued to May 21, 2019.[1]

7. The government does not assent to this motion.

Respectfully submitted,

GREGORY CONIGLIARO,

By his attorneys,

/s/ Daniel M. Rabinovitz
Daniel M. Rabinovitz, Esq. (BBO #558419)
Shawn Lu, Esq. (BBO #679755)
MURPHY & KING, P.C.
Professional Corporation
One Beacon Street, 21st Fl.
Boston, Massachusetts 02108
Tel.: (617) 423-0400
Fax: (617) 423-0498
drabinovitz@murphyking.com

Dated: January 4, 2019

## CERTIFICATE OF SERVICE

I, Daniel M. Rabinovitz, hereby certify that on January 4, 2019, I caused a copy of the foregoing to be served upon counsel for the government and other parties through the ECF system.

/s/ Daniel M. Rabinovitz
Daniel M. Rabinovitz

---

[1] Probation reserves the right to ask the court for additional time to file its PSR, in the event that internal scheduling issues so require.