UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>GREGORY CONIGLIARO, *et al.*,<br><br>    Defendants. | CRIMINAL NO. 14-CR-10363-RGS |

**GREGORY CONIGLIARO'S FOURTH MOTION
TO RESCHEDULE SENTENCING**

    Gregory A. Conigliaro hereby moves this Honorable Court to reschedule the date for his sentencing from August 5, 2019 to a date convenient for the Court after August 30, 2019.

    In support of this motion, Mr. Conigliaro states that:

    1.    As previously noted in Mr. Conigliaro's prior filings (Docket Nos. 1831, 1942 and 1958), depending on the Court's ruling on Mr. Conigliaro's Motion for Judgment of Acquittal/Motion for New Trial, it may be unnecessary for the Probation Department to fully conduct its extensive investigation and issue a PSR.

    2.    Based on the Probation department's schedule, it has requested Mr. Conigliaro submit to a PSR interview next week, on Tuesday June 11, 2019.

    3.    This motion is filed to postpone the date of the PSR interview until after this court issues its ruling on Mr. Conigliaro's post-trial motions (Docket Nos. 1819, 1853 and 1854).

    4.    The government does not assent to this motion.

*[signature page to follow]*

2

                                              Respectfully submitted,

                                              GREGORY CONIGLIARO,

                                              By his attorneys,

                                              */s/ Daniel M. Rabinovitz*
                                              Daniel M. Rabinovitz, Esq. (BBO #558419)
                                              Shawn Lu, Esq. (BBO #679755)
                                              MURPHY & KING, P.C.
                                              One Beacon Street, 21st Fl.
                                              Boston, Massachusetts 02108
                                              Tel.: (617) 423-0400
                                              Fax: (617) 423-0498
                                              drabinovitz@murphyking.com
Dated: June 6, 2019                            slu@murphyking.com

## CERTIFICATE OF SERVICE

I, Daniel M. Rabinovitz, hereby certify that on June 6, 2019, I caused a copy of the foregoing to be served upon counsel for the government and other parties through the ECF system.

                                                                            */s/ Daniel M. Rabinovitz*
                                                                            Daniel M. Rabinovitz